# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60666-WPD

DENISE PAYNE,

    Plaintiff,

v.

STIRLING PLACE, INC., THE
JANOURA GROUP, INC,
MUNOZ GROUP INC. and HONG
BBQ ASIAN FOOD LLC,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, and Defendants, STIRLING PLACE, INC., THE JANOURA GROUP, INC, MUNOZ GROUP INC. and HONG BBQ ASIAN FOOD LLC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this May 31, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Wayne Kaplan* |
| ANTHONY J. PEREZ, ESQ. | WAYNE KAPLAN, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 351040 |
| GARCIA-MENOCAL & PEREZ, P.L. | WAYNE KAPLAN, P.A. |
| 4937 S.W. 74th Court | 6501 Congress Avenue, Suite 100 |
| Miami, FL 33155 | Boca Raton, FL 33487 |
| Telephone: (305) 553- 3464 | Telephone: (561) 3951700 |
| Email: ajperez@lawgmp.com | Email: wayne@waynekaplanpa.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 31, 2022.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    4937 S.W. 74th Court
    Miami, FL 33155
    Telephone: (305) 553-3464
    Facsimile: (305) 553-3031
    Primary E-Mail: ajperez@lawgmp.com
    Secondary E-Mail: dperaza@lawgmp.com;
    dramos@lawgmp.com

    By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ