UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60666-CIV-DIMITROULEAS

DENISE PAYNE,

    Plaintiff,

vs.

STIRLING PLACE INC.,
et al,

    Defendants.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE having come before the Court on the Joint Stipulation of Final Dismissal With Prejudice (the "Stipulation") [DE 24], filed herein on June 2, 2022. The Court has reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 24] is **APPROVED;**

2. This action is **DISMISSED WITH PREJUDICE**.

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida this 3rd day of June, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record